No. 76–1120. CALIFORNIA DEPARTMENT OF BENEFIT PAYMENTS ET AL. v. ENGLAND, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–1445. MAUGNIE v. COMPAGNIE NATIONALE AIR FRANCE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–1189. MARYLAND v. DOWNS. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–1432. STANDARD OIL COMPANY OF CALIFORNIA v. FEDERAL TRADE COMMISSION;

No. 76–1434. MOBIL OIL CORP. v. FEDERAL TRADE COMMISSION; and

No. 76–1435. TEXACO INC. ET AL. v. FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Motion of the Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE POWELL took no part in the consideration or decision of this motion and these petitions.

No. 76–1437. SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 28, AFL–CIO v. CARRIER AIR CONDITIONING CO. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–6616. BRADINGTON v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.